# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KYLE JAMES DYER, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-21-180-G |
| SCOTT CROW, | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Amanda Maxfield Green on March 31, 2021. Judge Green recommended that this matter be dismissed due to Petitioner's failure to pay the $5.00 filing fee or seek leave to proceed *in forma pauperis*. Within the time period for a written objection, Petitioner has paid the required $5.00 fee to the Court. *See* Doc. No. 8. Accordingly, the Court finds that the previous filing-fee deficiency has been cured.

IT IS THEREFORE ORDERED that the Report and Recommendation (Doc. No. 6) is ADOPTED, and this matter is re-referred to Judge Green for further proceedings consistent with the initial case referral.

IT IS SO ORDERED this 24th day of June, 2021.

CHARLES B. GOODWIN
United States District Judge